IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KATHERINE M. CLEARY, *et al.*, § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:21-cv-00184-O |
| § | |
| AMERICAN AIRLINES, INC., § § | |
| Defendant. § | |

# ORDER

Before the Court is Defendant's Unopposed Motion for Leave to File Document Under Seal filed on August 2, 2021. ECF No. 61. For good cause shown, after carefully analyzing the contents of the document at issue and considering the public's right of access to documents filed in a case, the Court **GRANTS** the Motion.

Exhibit 2 to the Declaration of Nicholas S. Lessin in Support of Defendant's Opposition to Plaintiffs' Motion to Compel Production, in the Defendant's Appendix (ECF No. 60 at 15), contains confidential and proprietary information of certain of Defendant's customers. Those customers have "legitimate privacy interests" in maintaining the confidential nature of their full names, account numbers, and credit card information contained in the exhibit, and the public has no reasonable right of access that overcomes the customers' interest in maintaining their privacy and the confidentiality of such data. *See Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 420-21 (5th Cir. 2021). Accordingly, sealing a document such as this one does not run afoul of the presumption that documents filed in court should be open to public inspection or the Court's duty to protect the public's right of access to documents filed in pending cases.

Therefore, Exhibit 2 to the Declaration of Nicholas S. Lessin in Support of Defendant's Opposition to Plaintiffs' Motion to Compel Production, contained in the Defendant's Appendix (ECF No. 60 at 15), **SHALL BE SEALED** until further order of the Court.

It is so **ORDERED** on August 20, 2021.

*[signature]*
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE