**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WILLIAM CLEARY et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:21-cv-00184-O** |
| | § | |
| **AMERICAN AIRLINES. INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

Before the Court is Plaintiffs' Emergency Rule 56(d) Motion for Adjournment of Response to Summary Judgment Motion (ECF No. 139), filed February 7, 2022; Defendant's Response (ECF No. 143), filed February 9, 2022; and Plaintiffs' Reply (ECF No. 145), filed February 10, 2022. Having considered the Motion and applicable briefing, the Court finds this Motion should be, and is, **GRANTED in part.** Plaintiffs' Response is due **March 14, 2022**.

**SO ORDERED** on this **10th day** of **February, 2022.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**