IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM CLEARY et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00184-O |
| § | |
| AMERICAN AIRLINES. INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiffs' Motion to Appoint Additional Class Counsel (ECF No. 150), filed February 28, 2022. Plaintiffs' request the appointment of Joseph S. Tusa of Tusa P.C. ("TPC") and Roger Heller and Christopher E. Coleman of Lieff, Cabraser, Heinmann & Bernstein, LLP ("LCHB") as additional counsel for the certified classes. *See* Mot. 1, ECF No. 150. Having considered the Motion, and noting it is unopposed, the Court finds Plaintiffs have satisfied the Rule 23(g) standard. *See* Fed. R. Civ. P. 23(g). Therefore, the motion is **GRANTED**.

**SO ORDERED** on this **4th day** of **March, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE