IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM CLEARY et al., | § | |
| | § | |
|   Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  4:21-cv-00184-O |
| | § | |
| AMERICAN AIRLINES. INC., | § | |
| | § | |
|   Defendant. | § | |

## ORDER

Before the Court are:

- Plaintiffs' Motion to File Documents Under Seal (ECF No. 159), filed March 17, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file the document attached to the motion (ECF No. 159-3) as Plaintiffs' and Classes' Sealed Memorandum of Law in Opposition To American Airlines, Inc.'s Motion For Summary Judgment.

- Defendants' Motion for Leave to File Documents Under Seal (ECF No. 184), filed May 9, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file the documents attached to the motion (ECF Nos. 184-2, 184-3, 184-4) as Defendant's Sealed Opposition to Plaintiffs' and Classes Motion for Spoliation Sanctions and Appendix.

- Plaintiffs' Motion for to File Documents Under Seal (ECF No. 185), filed May 11, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file the document attached to the motion (ECF

No. 185-2) as Plaintiffs' and Classes' Sealed Reply to American Airlines, Inc.'s Opposition to Plaintiffs' and Classes' Motion for Spoliation Sanctions.

- Defendant's Motion for Leave to File Documents Under Seal (ECF No. 202), filed August 5, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **ORDERS** the Clerk of Court to file the documents attached to the motion (ECF Nos. 202-1, 202-2) as Defendant's Appendix and Declaration of Samuel A. Townsend in Support of American's Motion in Limine.

- Defendants' Motion for Leave to File Documents Under Seal (ECF No. 205), filed August 5, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **ORDERS** the Clerk of Court to file the documents attached to the motion (ECF Nos. 205-1, 205-2) as Defendant's Appendix and Exhibits to Declaration of Samuel A. Townsend in in Support of American's Motion to Bar Plaintiffs from Seeking an Award of Aggregate, Class-Wide Damages.

- Defendants' Motion for Leave to File Documents Under Seal (ECF No. 208), filed August 5, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **ORDERS** the Clerk of Court to file the documents attached to the motion (ECF Nos. 208-1–208-7) as Defendant's Appendix and Exhibits to Declaration of Samuel A. Townsend in Support of American's Motion in Limine to Exclude Evidence Irrelevant to Plaintiffs' Breach of Contract Claim be sealed. The documents are to remain under seal until further notice.

- Plaintiffs' Motion for Leave to File Documents Under Seal (ECF No. 211), filed August 5, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **ORDERS** the Clerk of Court to file the documents attached to the motion

(ECF Nos. 211-1, 211-2) as Defendant's Appendix and Exhibits to the Declaration of Samuel A. Townsend in Support of American's Motion to Exclude Witnesses and Objections to Plaintiffs' Witness List be sealed.

- Plaintiffs' Motion for to File Documents Under Seal (ECF No. 213), filed August 5, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file the documents attached to the motion (ECF No. 213-1–213-3) as Plaintiffs' Sealed Appendix in Support of Plaintiffs' Motions in Limine that American Airlines, Inc.'s.

**SO ORDERED** on this **10th day** of **August, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE