IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE M. CLEARY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  4:21-cv-00184-O |
| | § | |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On August 17, 2022, the parties filed a Joint Settlement Conference Report (ECF No. 245), indicating the parties reached a settlement shortly after their settlement conference on August 8, 2022. The parties are **DIRECTED** to file the appropriate settlement papers, including a proposed class settlement agreement, proposed class notice and other settlement exhibits, and a motion for preliminary settlement approval and for approval of class notice under Rule 23(e) by **Monday, October 3, 2022**. All pending deadlines are hereby **STAYED** pending the filing of appropriate settlement papers by the parties. If the parties do not file the appropriate settlement papers by the assigned date, and further proceedings become necessary, the parties should immediately file a Joint Status Report with the Court.

SO ORDERED this **18th day** of **August, 2022**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE