UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Katherine M. Cleary, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00184-O |
| American Airlines, Inc., | § § § | |
| Defendant. | § § | |

### ORDER GRANTING EXTENSION TO SUBMIT SETTLEMENT PAPERS

Before the Court is the Parties' Joint Motion to Modify Deadlines to Submit Proposed Settlement Papers (ECF No. 247), filed September 30, 2022. For the reasons stated therein, the Joint Motion is **GRANTED** and the Court hereby **ORDERS** that the parties are directed to file the appropriate settlement papers **by Friday, October 14, 2022**.

**SO ORDERED** on this **4th day** of **October, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE