IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE M. CLEARY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  4:21-cv-00184-O |
| | § | |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

A concerned citizen recently informed the Court that he received a mail notice about the settlement of this case which included a defective website link. The attached Exhibit A features a scan of the entire mail notice. Exhibit B includes a higher resolution scan of the defective website link on the mail notice. As evidenced in Exhibits A and B, the faulty mail notice directed this citizen to bagsfeesettlement.com. However, the correct settlement website for this case is actually bagfeesettlement.com. Furthermore, the Court ascertained that bagsfeesettlement.com is a malicious webpage.

The Parties are **ORDERED** to file a Joint Status Report addressing this development. In addition to any other information that the Parties deem relevant, the Parties **SHALL** answer:

1.) Did the Parties send this mail notice with the defective website link?

2.) If the Parties did send defective mail notices, how many potential claimants have been affected?

The Joint Status Report **SHALL** be filed by **February 16, 2023**.

**SO ORDERED** on this **9th day** of **February, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

Cleary v. American Airlines Settlement
c/o [Administrator]
P.O. Box 173053
Milwaukee, WI 53217

PRESORTED
First-Class Mail
US Postage
Paid
Permit #3780

*A federal court authorized this notice. This is **not** a solicitation from a lawyer.*

# EXHIBIT A

**\*\*REMINDER: YOU MAY BE ENTITLED TO A PAYMENT OF $25 TO $200 FOR EACH CHECKED BAG FEE IF YOU FILE A CLAIM\*\***

**FILE YOUR CLAIM BY FEBRUARY 22, 2023 TO RECEIVE A PAYMENT**
(If you already filed a claim, please disregard)

000713
000414
000000

Questions? Visit www.bagsfeesettlement.com
or call 1-877-868-6827

Notice: 215997786

Para información en español, visite
www.bagfeesettlement.com



00135454

---

**UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF TEXAS**
Cleary, et al. v. American Airlines, Inc.
www.bagfeesettlement.com
**Checked Bag Refund Claim Form**

American Airlines' computerized records indicate that you may have been incorrectly charged fees for checked bags.
To get a Refund from this settlement, you must complete and mail this Claim Form, or you can submit your claim online at **www.bagfeesettlement.com**. The deadline to submit a claim is February 22, 2023. American will use its records to verify whether your baggage charge meets the criteria.

Refunds for verified claims will range from **$25.00 to $200.00** for each checked bag. Please verify your contact information:

Name: _____   Frequent Flyer numbers: _____
Address: _____
City, State, Zip: _____

If your contact information above is blank, inaccurate, or incomplete, please provide the correct information below.

Name: _____   Frequent flyer numbers: _____
Address: _____

If American verifies that you are owed a Refund, please indicate whether you prefer to receive your Refund by check mailed to you or by electronic transfer to your PayPal account: Check ☐   PayPal ☐
PayPal account email address (if selected): _____

Further communications related to this Settlement Agreement will be by email (if applicable), but if you prefer to be contacted by postal mail, please check here: ☐

Print Name: _____   Signature: _____
Email: _____   Date: _____   Notice ID: 215997786

**Questions? Call 1-877-868-6827 (toll free) or visit www.bagfeesettlement.com**
**RETURN YOUR COMPLETED CLAIM FORM TO ADDRESS ON BACK (POSTAGE PREPAID) OR EMAIL INFO@BAGFEESETTLEMENT.COM**

1. You do not have to have a frequent flyer number to be entitled to a Refund. If you have one or more frequent flyer numbers associated with your travel on American Airlines at any time since February 24, 2017, please fill in those numbers, as this will help American process your Claim. Frequent flyer numbers can include American Airlines AAdvantage, the various programs operated by OneWorld partners, and Alaska Airlines Mileage Plan. If you have used more than one frequent flyer number on your travel with American Airlines, please provide all such numbers.

Questions? Visit www.bagfeesettlement.com or call 1-877-868-6827.

We are writing to remind you that you are eligible to file a claim for a payment of $25.00 to $200.00 for each charged bag fee as part of a class action settlement regarding baggage fees charged by American Airlines.

To receive a payment, you must file a claim by **February 22, 2023**.  The process is easy.  You can file a claim online at www.bagfeesettlement.com or you can fill out the removable, postage prepaid Claim Form that is attached to this Notice.

For more information about the settlement, visit www.bagfeesettlement.com or call 1-877-868-6827




NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 23202    MILWAUKEE WI

POSTAGE WILL BE PAID BY ADDRESSEE

Cleary v. American Airlines Settlement
c/o A.B. Data, Ltd.
P.O. Box 173053
Milwaukee, WI 53217



Cleary v. American Airlines Settlement
c/o A.B. Data, Ltd.
P.O. Box 173053
Milwaukee, WI 53217

**EXHIBIT B**

PRESORTED
First-Class Mail
US Postage
Paid
Permit #3780

A federal court authorized this notice. This is **not** a solicitation from a lawyer.

**\*\*REMINDER: YOU MAY BE ENTITLED TO A PAYMENT OF $25 TO $200 FOR EACH CHECKED BAG FEE IF YOU FILE A CLAIM\*\***

**FILE YOUR CLAIM BY FEBRUARY 22, 2023 TO RECEIVE A PAYMENT**
(If you already filed a claim, please disregard)

Questions? Visit www.bagsfeesettlement.com or call 1-877-868-6827

Para información en español, visite www.bagfeesettlement.com

Notice: 215997786

000713
000414
000000



00135454