IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KATHERINE M. CLEARY et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No.  4:21-cv-00184-O |
| § | |
| AMERICAN AIRLINES, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the Parties' Joint Status Report (ECF No. 266), filed on February 14, 2023. That Report addresses concerns of a defective notice mailed to Settlement Class Members. *See* Feb. 9, 2023 Order, ECF No. 265. As the Parties report, the Claims Administrator mailed the defective notice to 546,249 people. Joint Status Report 2, ECF No. 266. The Parties further report that "it is unclear whether this [issue] prevented or frustrated any Settlement Class Members from submitting a claim to receive a settlement refund." *Id*. at 3. Finally, the Parties suggest sending a corrected postcard to the 78,187 people who only received direct notice of the Settlement by mail, and not email. *Id*.

The Court finds the Parties' proposed remedy to be insufficient because it omits hundreds of thousands of Settlement Class Members who received the defective notice and might have been misled by it. Instead, the Court finds that any individual who received a defective postcard—and has not yet filed a claim or opted out of the Settlement—should receive a corrected postcard. Therefore, the Parties **SHALL** mail a corrected postcard to all 546,249 affected individuals, except for those individuals who have already filed a claim or opted out of the class action. Furthermore,

the deadline to file claims for all Settlement Class Members **SHALL** be extended **until March 15, 2023**.

**SO ORDERED** on this **17th day** of **February, 2023**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**