IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KATHERINE M. CLEARY, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00184-O |
| § | |
| AMERICAN AIRLINES, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Agreed Motion for Approval of Parties' Modification of Settlement Agreement (ECF No. 270), filed April 7, 2023. For the reasons stated therein, the Agreed Motion is **GRANTED,** and the Court hereby **APPROVES** the parties' Modification of the Settlement Agreement, as described in the Agreed Motion. As such, the deadlines in the Settlement Agreement are hereby **MODIFIED** as follows:

1. The Settlement Administrator will provide all claims received to date to American by April 21, 2023.

2. The Settlement Administrator will inform any Settlement Class Member who has submitted an invalid, incomplete, or inaccurate Claim form of the deficiency by April 26, 2023.

3. Those Settlement Class Members who receive deficiency notices pursuant to Paragraph 2 will have thirty (30) days to re-submit a Claim Form.

4. American will provide Refund determinations for those claims as soon as possible, and no later than thirty (30) days after receipt of the final Valid Claim.

5. By May 1, 2023, the Settlement Administrator shall provide a report of any rejected claims to American's Counsel and Class Counsel. The process for handling those rejected claims will be unchanged from that set forth in the Settlement Agreement.

6. Within fourteen (14) days of receiving final Refund determinations, the Settlement Administrator will notify Settlement Class Members of their Refund amounts, using the process described in the Settlement Agreement.

Finally, the date of the Settlement Fairness Hearing on **Friday, May 5, 2023 at 1:30 PM** remains **UNCHANGED**.

**SO ORDERED** on this **10th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE